**Order entered December 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00857-CV

## HUMITECH DEVELOPMENT CORPORATION, AND EMIL LIPPE, JR., Appellants

### V.

## ALAN PERLMAN, MICHAEL PERLMAN, ET AL, Appellees

On Appeal from the 191st Judicial District Court
Dallas County, Texas
Trial Court Cause No. 09-09266-J

## ORDER

On February 12, 2013, this Court ordered the Dallas County District Clerk "to file a supplemental clerk's record consisting of the full and complete arbitration record consisting of all filings in the arbitration and the court reporter's record and exhibits from the arbitration proceeding." The district clerk filed a supplemental clerk's record in this Court on March 11, 2013. However, it has since come to this Court's attention that the appellate record does not contain "the full and complete arbitration record." Accordingly, we **ORDER** the trial court to conduct a hearing and determine which parts, if any, of the arbitration record that were before the trial court are missing from the appellate record. If any part of the arbitration record that was before the trial court is missing from the appellate record, then we **ORDER** the trial court to determine whether the appellate record may be supplemented from the trial court's record or by

agreement of the parties. If the parts of the arbitration record missing from the appellate record cannot be supplemented from the trial court's record or agreement of the parties, then we **ORDER** the trial court to determine what constitutes an accurate copy of the missing items. *See* TEX. R. APP. P. 34.5(e). We further **ORDER** the trial court to file findings of fact with this Court regarding these matters by January 31, 2014.

/s/    LANA MYERS
PRESIDING JUSTICE